**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DEBORAH R. CLAY, | No.  C 06-05032 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 2] |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

When plaintiff filed her complaint [Docket No. 1], the Court issued a Social Security Procedural Order (the "Procedural Order") [Docket No. 2], establishing a briefing schedule for this matter.  As the Procedural Order states, "[p]laintiff shall serve and file a motion for summary judgment or for remand within thirty days of service of defendant's answer."  Docket No. 2 ¶ 2. Defendant answered on December 22, 2006.[1]  *See* Docket No. 9.  Plaintiff did not file a motion for summary judgment until February 29, 2008, over a year later.  *See* Docket No. 15.  Under the Procedural Order, defendant's opposition or counter-motion is due by March 30, 2008.  *See* Docket No. 2 ¶ 3.  In turn, under the Procedural Order, plaintiff's reply, if any, would be due 14 days after service of defendant's opposition or counter-motion.  *See id.* ¶ 4.  Given that plaintiff has without explanation caused an extremely long delay in resolving this matter, the Court shortens the period for her to reply, from 14 days, to 5 days.  **Thus, plaintiff's reply, if any, will be due 5 days after service of defendant's opposition or counter-motion.**

IT IS SO ORDERED.

March 26, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge

---

[1]     The defendant then was Jo Anne Barnhart, since replaced by Michael J. Astrue, under Federal Rule of Civil Procedure 25(d).