**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DEBORAH R. CLAY, | No.  C 06-05032 SBA |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

In accordance with the Court's Order on plaintiff Deborah R. Clay's Motion for Summary Judgment [Docket No. 15], and defendant's Cross Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment [Docket No. 17], judgment is GRANTED in favor of plaintiff Deborah R. Clay.  Defendant's decision regarding whether plaintiff Deborah R. Clay is eligible for disability or supplemental security income benefits is REVERSED, and this action is REMANDED back to defendant for proceedings in accordance with the Court's Order.  All matters calendared in this action are VACATED.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

March 31, 2008

_____
Saundra Brown Armstrong
United States District Judge